UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 31 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| In re:  PARNELL COLVIN<br><br>          Debtor.<br>_____<br><br><br>PARNELL COLVIN,<br><br>          Appellant.<br><br>  v.<br><br>Mr. LENARD E. SCHWARTZER,<br>Attorney,<br><br>          Appellee. | No. 25-6715<br><br>BAP No.<br>25-1101<br>Bankruptcy Appellate Panel for<br>Nevada,<br>Las Vegas<br><br>ORDER |

Appellant has not timely filed the opening brief or filed a motion to proceed in forma pauperis or paid the fees to this court, as ordered by this court on November 19, 2025.

This appeal is therefore dismissed. *See* 9th Cir. R. 42-1.

This order becomes the mandate of the court in 21 days.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT