UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 27. Motion for: **REISTATE COLVIN APPEALS**

Instructions for this form: http://www.ca9.uscourts.gov/forms/form27instructions.pdf

9th Cir. Case Number(s): **25-6715 / 25-6717**

Case Name: **COLVIN VS. LABORERS LOCAL 872 UION**

Lower Court or Agency Case Number:

What is your name? **PARNELL COLVIN**

1. What do you want the court to do?

   COLVIN, is requesting the court to reinstate his appeals in the interests of Justice.

2. Why should the court do this? Be specific. Include all relevant facts and law that would persuade the court to grant your request. *(Attach additional pages as necessary. Your motion may not be longer than 20 pages.)*

   COLVIN, is a pro-se litigant with 7 cases pending in multiple courts and jurisdictions.

Your mailing address:

**7414 PAGE RANCH CT**

City **LAS VEGAS**  State **NV**  Zip Code **89131**

Prisoner Inmate or A Number (if applicable):

Signature: *Paul C.*  Date: **2/27/2026**

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 27                                      New 12/01/2018

1-5

1     Parnell Colvin, is requesting the court to reinstate his appeals the two
2 cases are 25-6715 / 25-6717. Colvin had filed an appeal to the BAP the
3 Ninth Circuit Court of Appeals Bankruptcy Appeal Panel. When the Nevada Bankruptcy
4 Court dismissed Colvin, petition he file a motion with the court to reinstate his case.
5 The clerk informed Colvin, that since the court dismissed his case after first being told
6 he could file a motion to reinstate and the court would hear his motion.
7
8     Time had went by and Colvin, had not heard anything regarding his
9 motion so he visited the clerks office for an update. The clerk informed Colvin, that
10 since the court dismissed his case none of his motions would be ruled on unless
11 Colvin, case was reinstated. Colvin, had filed with his motion a fee wavier and other
12 motions. The clerks office informed Colvin, that his motions will be forwarded to the
13 Bankruptcy Appeal Panel.
14
15     As time went by Colvin's motions was just sitting for months with no
16 rulings even his fee waiver was just sitting as Colvin, regularly contacted the court
17 for a status update. Because the Bankruptcy Court did not close Colvin, case it
18 incorrectly denied Colvin, fee waiver. Colvin had to contact the Bankruptcy Appeal
19 Panel and inform the court that the case was closed.
20
21     Colvin had to write a letter informing the Bankruptcy Appeal Panel that the
22 bankruptcy court should have closed Colvin, this would showed all the motions
23 Colvin, had pending would not be ruled on. Once Colvin, got that situation cleared
24 he was now waiting for a rulings on his motions as months went by still nothing so
25 Colvin, again called the court for an update status and nothing had been ruled on.

1. Colvin, felt his case was just sitting and not moving through the
2. process so Colvin, asked the Bankruptcy Appeal Panel if it would transfer his cases
3. to the Ninth Circuit Court of Appeals. Colvin, was told his case and motions was
4. transfered to the Ninth Circuit Court of Appeals and that court would rule on Colvin's
5. motions.
6.
7. Colvin, had multiple case pending and he knew he would not be
8. able to file his brief and other documents on time. Back in November 2025, Colvin, filed
9. a motion for an extension using the courts E-Filing System for Pro Se litigants. Colvin,
10. never heard from this court regarding his motion Colvin, believed the motion was still
11. pending for review and a ruling. Instead Colvin, received notice that his bankruptcy
12. case appeal was dismissed.
13.
14. Colvin, contacted the court to find out what happen to his motion
15. for an extension, the clerk stated they could not find Colvin, motion. This is not the
16. first time Colvin, has filed documents with the court and its states the submission was
17. submitted. However in Colvin, Case No: 25-2193 this has happen multiple times and
18. Colvin, will have to resubmit documents call the court to make sure they were received.
19.
20. Colvin, is requesting that in the interests of justice the court should
21. reinstate his appeal. Colvin, had received a settlement check from the union who
22. is a party and are using the settlement check to keep Colvin, from being a member.
23. This settlement check is part of Colvin, appeal before this court and the union is illegally
24. using the settlement check to keep Colvin, out of the union. Colvin, listed the union as
25. creditors and that settlement check is part of Colvin, bankruptcy case.

1  If the court dont reinstate Colvin, appeal the union will get to
2  illegally keep money that legally belongs to Colvin. This is the only claim has against
3  the union the money is over $7400.00 that belongs to Colvin, and the union should not
4  to keep money that belongs to Colvin.
5
6  The trustee who Colvin, has a history of displaying unprofessional
7  conduct and doing things Colvin, believes were internation to sabotage his petitions
8  for years. Colvin, had to file a complaint and once this trustee was assigned to Colvin,
9  case Colvin, knew as he has done in the past his efforts were to always find a way to
10 dismiss Colvin, petitions Colvin, believes he has supporting documents and
11 statements and conversations with the trustee that will show a bias or some form of
12 ill will when it comes to Colvin. The trustee has shown favoritism and preferential to
13 other petitioners during the 341 creditors meetings.
14
15 The trustee muted Colvin, disconnected Colvin, from the 341
16 creditors meetings after Colvin had waiting on the phone for an hour. Colvin, had to call
17 back into the meeting and the trustee said he would like Colvin, talk but he
18 disconnected Colvin, from the call and immediately he and the union both filed to
19 have Colvin, case dismissed. Colvin, needs his appeal to be reinstate so he can
20 show the court the misconduct by the creditors. Colvin, is also requesting that the court
21 put in place a stay to stop all collections while this case is pending before this court
22
23 Thanking the court for its time and consideration of Colvin, motion
24 and requests.
25

Page 4 of 5

# CERTIFICATE OF SERVICE

I, Parnell Colvin, states that I served a true and correct copy to the parties in using the courts E-Filing System to the following:

Laborers Local 872

Trustee.

*/s/ Parnell Colvin*

PARNELL COLVIN

Dated this 27 day February 2026

Page 5 of 5