UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 10 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| In re: PARNELL COLVIN,<br><br>Debtor.<br>————————————————————<br>PARNELL COLVIN,<br><br>Appellant.<br><br>v.<br><br>LENARD E. SCHWARTZER, Attorney,<br><br>Appellee. | No. 25-6715<br><br>BAP No. 25-1101<br>Bankruptcy Appellate Panel for Nevada,<br>Las Vegas<br><br>ORDER |

The motion to reinstate (Docket Entry No. 5) does not include the opening brief and appellant has not filed a motion to proceed in forma pauperis or paid the filing fee. The court will take no action on the motion to reinstate. *See* 9th Cir. Gen. Order 2.4. This case remains closed.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT